IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Elizabeth Reid, | ) | |
| | ) | FILED: JULY 03, 2008 |
|    Plaintiff, | ) | 08CV3818 |
| | ) | JUDGE LINDBERG |
| v. | ) No. | MAGISTRATE JUDGE SCHENKIER |
| | ) | RCC |
| FMA Alliance, Ltd., a Texas corporation, | ) | |
| | ) | |
| | ) | |
|    Defendant. | ) | <u>Jury Demanded</u> |

## COMPLAINT

Plaintiff, Elizabeth Reid, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, <u>et</u> <u>seq.</u> ("FDCPA"), for a declaration that Defendant's debt collection actions violated the FDCPA, and to recover damages for Defendant's violations of the FDCPA, and alleges:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

2. Venue is proper in this District because the acts and transactions occurred here and Defendant transacts business here.

### PARTIES

3. Plaintiff, Elizabeth Reid ("Reid"), is a citizen of the State of Indiana, residing in the Northern District of Indiana, from whom Defendant attempted to collect a delinquent consumer debt allegedly owed to Discover Financial Services, Inc., via a false letter it sent to her in the Northern District of Illinois.

4. Defendant, FMA Alliance, Ltd. ("FMA"), is a Texas corporation that acts as a debt collector, as defined by § 1692a of the FDCPA, because it regularly uses the mails and/or the telephone to collect, or attempt to collect, directly or indirectly, delinquent consumer debts, including delinquent consumer debts in the Northern District of Illinois. In fact, FMA was acting as a debt collector as to the delinquent consumer debt it attempted to collect from Ms. Reid.

## FACTUAL ALLEGATIONS

5. Ms. Reid is an elderly woman who fell behind on paying her bills. One such debt she was unable to pay was a debt she owed to Discover. Accordingly, Ms. Reid sought the assistance of the legal aid attorneys at the Chicago Legal Clinic's Legal Advocates for Seniors and People with Disabilities program ("LASPD"), regarding her financial difficulties.

6. Defendant sent Ms. Reid, in care of her attorneys, a letter dated September 13, 2007, which stated that it was confirming a conversation with her of an agreement to settle the debt. This letter stated, in pertinent part:

* * *

> This confirms our conversation and agreement to a Settlement in the amount of $1350.00 on the above referenced account. If you fail to make payment(s) as scheduled or if a payment is returned as unpaid, then your settlement agreement will be canceled and this will result in the entire balance being due.

* * *

This letter was sent within one year of this Complaint and is attached as Exhibit A.

7. This conversation referenced above, however, never occurred between Ms. Reid and/or her attorneys and there was never any agreement to settle the debt.

8. All of the collection actions complained of here occurred within one year of the date of this Complaint.

9.　　Defendant's collection communications are to be interpreted under the "unsophisticated consumer" standard.  See, Gammon v. GC Services, Ltd. Partnership, 27 F.3d 1254, 1257 (7th Cir. 1994).

### Violation Of § 1692e Of The FDCPA --
### Making False Statements

10.　　Section 1692e of the FDCPA prohibits a debt collector from using any false, or any deceptive or misleading representation or means in connection with the collection of a debt.  See, 15 U.S.C. § 1692e.

11.　　Defendant's violation of § 1692e of the FDCPA, include, but are not limited to falsely stating, in its September 13, 2007 (Ex. A), that there was an agreement to settle the matter, when, in fact, no such agreement was ever made.

12.　　Defendant's violation of § 1692e of the FDCPA render it liable for statutory damages, costs, and reasonable attorneys' fees.  See, 15 U.S.C. § 1692k.

### PRAYER FOR RELIEF

Plaintiff, Elizabeth Reid, prays that this Court:

1.　　Declare that Defendant's debt collection actions violated the FDCPA;

2.　　Enter judgment in favor of Plaintiff Reid, and against Defendant, for statutory damages, costs, and reasonable attorneys' fees as provided by　　§ 1692k(a) of the FDCPA; and,

3.　　Grant such further relief as deemed just.

### JURY DEMAND

Plaintiff, Elizabeth Reid, demands trial by jury.

　　　　　　　　　　　　　　　　　　　　　　　Elizabeth Reid,

                    By: /s/ David J. Philipps  
                    One of Plaintiff's Attorneys

Dated:  July 3, 2008

David J. Philipps     (Ill. Bar No. 06196285)  
Mary E. Philipps     (Ill. Bar No. 06197113)  
Philipps & Philipps, Ltd.  
9760 S. Roberts Road  
Suite One  
Palos Hills, Illinois 60465  
(708) 974-2900  
(708) 974-2907 (FAX)  
davephilipps@aol.com



08CV3818
JUDGE LINDBERG
MAGISTRATE JUDGE SCHENKIER
RCC

**ALLIANCE, LTD.**
Receivable Management Solutions

September 13, 2007

ELIZABETH E REID
C/O JEFF WHITEHEAD
205 W MONROE ST #4 FLOR
CHICAGO IL 60606

Creditor: DISCOVER FINANCIAL SERVICES INC
Discover Bank is the Issuer of the Discover Card private issue.
Account #: ████████1593
File # : ████████
Account Balance: $2813.87 as of September 13, 2007

Dear ELIZABETH E REID:

This confirms our conversation and agreement to a Settlement in the amount of $1350.00 on the above referenced account. If you fail to make payment(s) as scheduled or if a payment is returned as unpaid, then your settlement arrangement will be canceled and this will result in the entire balance being due. Scheduled payment(s) are as follows:

| Amount    | Payment Due Date   | Amount | Payment Due Date |
|-----------|--------------------|--------|------------------|
| $1350.00  | September 24, 2007 |        |                  |

If you have any questions please feel free to contact us at (866) 232-9901.

This letter is from a debt collector. Any information obtained will be used for that purpose.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**EXHIBIT A**

WE ARE REQUIRED TO NOTIFY CONSUMERS OF THE FOLLOWING RIGHTS. THIS LIST DOES NOT CONTAIN A COMPLETE LIST OF THE RIGHTS CONSUMERS HAVE UNDER STATE AND FEDERAL LAWS.

### TO ALL CONSUMERS:
Notice About Electronic Check Conversion: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. Also, you authorize us to re-present a check as an electronic fund transfer from your account if your payment is returned unpaid.

### IF YOU ARE A RESIDENT OF THE STATE OF CALIFORNIA:
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 AM or after 9 PM. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. *Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

### IF YOU ARE A RESIDENT OF THE STATE OF COLORADO:
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM

### IF YOU ARE A RESIDENT OF THE STATE OF MASSACHUSETTS:
MASSACHUSETTS BUSINESS ADDRESS: 15 Union St., Lawrence, MA 01840. Hours: Monday -- Friday 8AM to 8PM, Eastern Time; Saturday 8AM to 12PM, Eastern Time.

NOTICE OF IMPORTANT RIGHTS:
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

### IF YOU ARE A RESIDENT OF THE STATE OF MINNESOTA:
This Collection Agency is licensed by the Minnesota Department of Commerce.

### IF YOU ARE A RESIDENT OF THE CITY OF NEW YORK CITY:
New York City Department of Consumer Affairs License Number 1034196.

### IF YOU ARE A RESIDENT OF THE STATE OF NORTH CAROLINA:
North Carolina Department of Insurance Permit Number 3149 -- Houston, TX
North Carolina Department of Insurance Permit Number 3985 -- College Station, TX

### IF YOU ARE A RESIDENT OF THE STATE OF TENNESSEE:
This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

Revised JUNE 2006