## United States District Court for the Northern District of Illinois

Case Number: 08CV3818       Assigned/Issued By: DAJ

Judge Name: LINDBERG       Designated Magistrate Judge: SCHENKIER

### FEE INFORMATION

*Amount Due:*   ☑ $350.00   ☐ $39.00   ☐ $5.00
               ☐ IFP       ☐ No Fee   ☐ Other ____
               ☐ $455.00

Number of Service Copies ____       Date: ____

(For Use by Fiscal Department Only)

Amount Paid: 350.00       Receipt #: 2909135

Date Payment Rec'd: 07/03/08       Fiscal Clerk: DAJ

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on __07/03/08__ as to __DEF._____
                                     (Date)

C:\wpwin80\docket\feeinfo.frm       03/14/05