# N THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Elizabeth Reid, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08 C 3818 |
| | ) | |
| FMA Alliance, Ltd., a Texas corporation, | ) | Judge Lindberg |
| | ) | |
| Defendant. | ) | |

## <u>STIPULATION OF DISMISSAL</u>

Plaintiff, Elizabeth Reid, having reached a settlement with Defendant, hereby stipulates to the dismissal of this action with prejudice.

Dated: July 30, 2008

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice.

Dated: _____          ENTERED:


                                 _____
                                 Judge George W. Lindberg,
                                 United States District Court

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2008 a copy of the foregoing **Stipulation of Dismissal** was filed electronically.  Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, by 5:00 p.m. on July 30, 2008.

Loraine E. Lyons, General Counsel
FMA Alliance, Ltd.
11811 N. Freeway
Suite 900
Houston, Texas 77060


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com